**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions. <br><br> **PLAINTIFF(S)** <br><br> Michael Esposito <br><br> **VS.** <br><br> **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 – FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1.    Plaintiff, Michael Esposito, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2.    Plaintiff, Michael Esposito, is a resident and citizen of the State of Texas and claims damages as set forth below.

3.    Plaintiff's Spouse, n/a, is a resident and citizen of the State of n/a, and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*

4.    Jurisdiction is proper based upon diversity of Citizenship.

5.    Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is
Texas Northern District Court
————————————————————————.

    6.       Plaintiff brings this action *[check the applicable designation]*:

☑        On behalf of [himself/herself];

☐        In a representative capacity as the _____ of the

_____ having been duly appointed as the

_____ by the _____Court of

_____. A copy of the Letters of Administration

for a wrongful death claim is annexed hereto if such letters are

required for the commencement of such a claim by the Probate,

Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

### FACTUAL ALLEGATIONS

    7.      On or about July 31, 2012 _____, Plaintiff underwent surgery

during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was

used during the course and scope of [his/her] Right total hip replacement ____ [Type

of Surgery] at the Charlton Methodist Hospital, 3500 W. Wheatland Rd., ____ [medical

center and address], in Dallas, TX 75237 _____[city and state], by

Dr. John Tenny _____.

    8.      Contaminants introduced into Plaintiff's open surgical wound as a direct and

proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff

developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection

("DJI"). The Pathogen identified was MRSA _____ (*if known*).

9.      As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has

undergone ___I&D and IV antibiotics_____ [Describe

treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged

procedures, etc.] on or about ___August 21, 2012_____, at ___Charlton Methodist Hospital___

___3500 W. Wheatland Rd., Dallas, TX 75237_____ [medical center(s)

and address(es)] by Dr(s). ___John Tenny_____. [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10.    (a) Plaintiff claims damages as a result of (check all that are applicable):

☑        INJURY TO HERSELF/HIMSELF

☐        INJURY TO THE PERSON REPRESENTED

☐        WRONGFUL DEATH

☐        SURVIVORSHIP ACTION

☑        ECONOMIC LOSS

   (b) Plaintiff's spouse claims damages as a result of (check all that are

applicable): [*Cross out if not applicable.*]

☐        LOSS OF SERVICES

☐        LOSS OF CONSORTIUM

11.    Defendants, by their actions or inactions, proximately caused the injuries to

Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12.    The following claims and allegations are asserted by Plaintiff(s) and are

herein adopted by reference (check all that are applicable):

☑        FIRST CAUSE OF ACTION - NEGLIGENCE;

3

☑ SECOND CAUSE OF ACTION - STRICT LIABILITY;

☑ FAILURE TO WARN

☑ DEFECTIVE DESIGN AND MANUFACTURE

☑ THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

☑ FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF Texas_____, Tex. Bus. & Com. Code §§ 2.314, et seq._____;

☑ FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

☑ SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

☑ SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

☑ EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

☑ NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF Texas_____, Tex. Bus. & Com. Code Ann. §§ 17.41, et seq._____ ;

☑ TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

☑ ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

☑ TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

☐ THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

☑ FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

4

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 7/12/2017 _____

Respectfully submitted,
BROWN AND CROUPPEN, P.C.
/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF